Official Form 16D
(12/04)

**Form 16D. CAPTION FOR USE IN ADVERSARY PROCEEDING**

# United States Bankruptcy Court

FOR THE ________ District Of COLORADO

In re ALI ANVARI MAJD,
*Debtor*

Case No. 12-15764 HRT

Chapter 7

ALI ANVARI MAJD,
*Plaintiff*

12-01579HRT

________________,
*Defendant*

Adv. Proc. No.____________

**COMPLAINT**

[If in a Notice of Appeal (see Form 17) or other notice filed and served by a debtor, this caption must be altered to include the debtor's address and Employer's Tax Identification Number(s) or last four digits of Social Security Number(s) as in Form 16A.]

FILED
BRADFORD L. BOLTON
CLERK
2012 SEP 10 PM 3:11
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

**IN THE UNITED STATES BANKRUPCTY COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
BRADFORD L. BOLTON
CLERK
2012 SEP 10 PM 3:12
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **ALI ANVARI MAJD. ,** | ) | **Bankruptcy Case No. 12-15764 HRT** |
| | ) | |
| **Debtor** | ) | **Chapter 7** |
| | ) | |
| | ) | |
| **ALI ANVARI MAJD** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **VS.** | ) | **Adversary Complaint No.** |
| | ) | |
| **SAEED FAKHIMALIZAD** | ) | **12-01579 HRT** |
| | ) | |
| **DEFENDANT** | ) | |

**ADVERSARY COMPLAINT AGAINST CREDITOR SAEED FAKIHALIZAD**

The Debtor, by and through counsel, John W. Tinder, files this adversary complaint against Creditor Saeed Fakhimalizad and as grounds therefore, state as follows:

BACKGROUND:

1. On March 27, 2012 the debtor's filed a Chapter 7 bankruptcy.

2. On September 9, 2012, the Creditor Saeed Fakhimalizad was illegally on the property of Farakhondeh Kaighodad and Asghar Majd, Oskar's Resutarant, presumably concerning the businesses disclosed in this bankruptcy petition, Broomfield PD Case # 12-2530196. Creditor Saeed Fakhimalizad has committed other actions violating the Automatic Stay. Debtor is contemporaneously filing an adversary against Creditor Fakhimalizad for violating the automatic stay. Creditor Beykpour can assert is rights to a counter-claim in that proceeding to protect his claim.

3. On various dates and times, Creditor Saeed Fakhimalizad has spoken to relatives and family friends of Debtor, Ali Anvari Majd, in an attempt to coerce Debtor into paying off the Debt. Debtor will provide affidavits at the appropriate time.

4. 11 U.S.C. § 362 : Automatic stay. (a) Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title, or an application filed under section 5(a)(3) of the Securities Investor Protection Act of 1970, operates as a stay, applicable to all entities, of –

   (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced

before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;
(2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;
(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;
(4) any act to create, perfect, or enforce any lien against property of the estate;
(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;
(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

5. 11 U.S.C. § 362 : Automatic stay. (k)(1) Except as provided in paragraph (2), an individual injured by any willful violation of a stay provided by this section shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages. (2) If such violation is based on an action taken by an entity in the good faith belief that subsection (h) applies to the debtor, the recovery under paragraph (1) of this subsection against such entity shall be limited to actual damages.

6. Creditor Saeed Fakhimalizad has violated the automatic stay imposed by this Court.

7. Debtor Ali Majd has been damaged by the actions of Creditor Saeed Fakhimalizad.

8. Debtor Ali Majd respectfully requests this Court to enter judgment against Creditor Saeed Fakhimalizad and in favor of Debtor for actual damages, punitive damages, attorney's fees and costs.

WHEREFORE, ABOVE PREMISES CONSIDERED, Debtor Ali Majd respectfully requests this Court grant his *Complaint in Adversary to Creditor Saeed Fakhimalizad* any any other action the Court may deem appropriate.

Ali Anvari Majd
11150 Prairie Place
Broomfield, CO 80023

Dated: September 10, 2012.

Respectfully Submitted,
Ali Anvari Majd.

DEBTOR AND PLAINTIFF
ATTORNEYS FOR DEBTOR AND PLAINTIFF
LAW OFFICE OF
JOHN W. TINDER, II LTD
11971 Quay St.
Broomfield, CO 80020
(720) 375-6829 Office

(720) 306-3261 Fax
jnylaw2010@gmail.com

/s/

John W. Tinder II, Esq., Atty. Reg. #: 39915

12-01579HRT

## Certificate of Mailing

On or about September 10, 2012, a true and correct copy of the above Complaint was mailed to other attorney's requesting copies of pleadings in the Bankruptcy case:

Saeed Fakhimalizad,
c/o Attorney Jeffrey S. Brinen
Kutner Miller Brinen, P.C.
303 E. 17th Avenue, Suite 500
Denver, CO 80203

Edward Bertagnolli
c/o Attorney Michael P. Murray
Davis & Ceriani, P.C.
1350 17th St., Suite 400
Denver, CO 80202

Harry L. Simon, P.C.
Attorney & Counselors at Law
10200 E. Girard Ave.
Building B, Ste. 120
Denver, CO 80231
Attorneys for Hassan Beykpour

FILED
BRADFORD L. BOLTON
CLERK
2012 SEP 10 PM 3:08
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

John W. Tinder

B104 (FORM 104) (08/07)

12-01579 HRT

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>**ALI ANVARI MAJD** | **DEFENDANTS**<br>**SAEED FAKHIMALIZAD** |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>**John W. Tinder, II**<br>11971 Quay St., Broomfield, CO 80020<br>720-375-6829 | **ATTORNEYS** (If Known)<br>**Jeffrey S. Brinen**<br>303 17th Ave., Suite 500, Denver CO 80203<br>303-832-2400 |
| **PARTY** (Check One Box Only)<br>☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
**Complaint for violation of Automatic Stay, pursuant to 11 U.S.C., §362(k)(1)**

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- ☐ 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- ☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- ☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- ☒ 71-Injunctive relief – imposition of stay
- ☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- ☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
- ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

FILED
BRADFORD L. BOLTON
CLERK
2012 SEP 10 PM 3:02
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Ali Anvari Majd | BANKRUPTCY CASE NO. 12-15764 HRT | |
| DISTRICT IN WHICH CASE IS PENDING<br>District of Colorado | DIVISION OFFICE | NAME OF JUDGE<br>Howard R. Tallman |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE September 10, 2012 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>John W. Tinder, II | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.